**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT WASHINGTON,** | : | |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-CV-690** |
| | : | |
| **STATE MUNICIPALITY** | : | |
| **PHILADELPHIA CITY,** *et al.*, | : | |
| *Defendants* | : | |

# O R D E R

AND NOW, this 21st day of April 2020, upon consideration of Plaintiff Robert Washington's *motion to proceed in forma pauperis* (ECF 5) and *pro se* complaint (ECF 1), it is hereby **ORDERED** that:

1.      For the reasons set forth in this Court's Memorandum, Washington's complaint is **DISMISSED** in its entirety for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). Washington's time-barred claims are **DISMISSED WITH PREJUDICE** and his *Heck*-barred claims are **DISMISSED WITHOUT PREJUDICE** to Washington filing a new case *only* in the event his conviction is reversed, vacated, or otherwise invalidated.  Washington may not file an amended complaint in this case.

2.      Washington's motion for leave to proceed *in forma pauperis* is **DENIED**, as moot.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*